ORIGINAL



Tammy Williams
Grand Prairie, TX 75052
Zip75052@outlook.com

FILED-USDC-NDTX-DA
'24 FEB 13 AM9:31
CK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PLAINTIFF'S NAME,<br>Amazon.com Services LLC<br>vs.<br>DEFENDANT'S NAME,<br>Tammy Williams | Case No.: 01-23-000-4956<br>**MOTION – TO STAY PROCEEDINGS AND DISMISS ARBITRATION**<br>**MOTION FOR MEDIATION** |

**Complaint**

3-24CV-340-N

3rd of February, 2024.

Self – Tammy Williams

Tammy Williams MOTION TO STAY PROCEEDINGS AND DISMISS ARBITRATION

To the Honorable Judge of this Court:

Tammy Williams files this motion to stay trial proceedings in the above action and to dismiss arbitration under Sections 171.021 and 171.025 of the Texas Civil Practice & Remedies Code and in support respectfully shows the court the following:

I am not an attorney, and I am doing my very best to represent myself in this matter. My attorney withdrew and my case is nearing the statue of limitations, I am in a urgent situation. Prior to working at Amazon, I proudly considered myself an American with a disability. It was

not easy because my disability was acquired. I worked hard through speech and physical therapy to reach conceivable functioning; that hard work was lost on April 2, 2021 when I suffered a blow to my head, on the job working at Amazon. I pray the court will grant my request to oppose any motion to compel arbitration, but allow to continue proceedings. Enforcing the arbitration clause would impede my constitutional right to a trial by jury. I am a human being not a product. The arbitration agreement is procedurally unconscionable, given the disparity in bargaining power and intelligence between the parties, and substantively unconscionable, one-sided, and oppressive. A valid contract must be based on adequate consideration.

**Forced Arbitration is In Just:**

(a) Forces employees to submit their claims to arbitrators who are beholden to employers (b) prevent employees from conducting broad discovery to try to show systematic wrongdoing; (c) allows employers to keep their wrongdoing confidential; (d) secret arbitration proceeding prevent people from seeking justice in court before an impartial judge or jury (e) arbitration can be unpredictable and decision is final with no, or very limited ability to appeal. (f) the availability for discovery is very limited in arbitration for employees (g) the court system is open to public scrutiny, and its decisions are subject to appeal (h) oppressive one sided favoring the employer (i) allows employers who violate employee protection laws to continue without being accountable (j) hurts worker

Heidi Shierholz, Correcting the Record, *Economic Policy* Institute (Oct 2, 2017)

https://files.epi.org/pdf/132669.pdf

Alexander J.S. Colvin, *The Growing Use of Mandatory Arbitration, Economic Policy* (Sept. 27, 2017)

https://files.epi.org/pdf/135056.pdf

Imre S. Szalai, *The Prevalence of Consumer Arbitration Agreements by America's Top Companies*, 52 U.C. DAVIS L. REV. ONLINE 233 (2019)

*AT&T Mobility v. Concepcion*, 563 U.S. 333 (2011)

*Epic Systems Corp. v. Lewis*, 138 S Ct 1612 (2018)

*Chamber of Commerce of the United States v. Bonita*, 62 F. 473 (9th Cir. 2023) (Federal Arbitration Act preempted California state employment law on private, dispute arbitration)

*2019 WL 13174438* Only the Westlaw citation is currently available

*NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION v. National Football League and NFL Properties, LLC (Doc No. 7081)*

*No. 2: 12:md 02323*

*Bennet I. Omalu, M.B.A., M.D., M.P.H.*

**2018 WL 11476953 (2018)** *(E.D. Cal.) (Court Filed Resume)*

*Filed in Angela Ainely, et al. v. City of South Lake Tahoe – Area of Expertise: Medical & Surgical Pathology*

AMERICAN ARBITRATION ASSOCIATION

| | | |
|---|---|---|
| TAMMY WILLIAMS | § | |
| Claimant, | § | |
| | § | |
| V. | § | CASE NO. 01-23-0000-4956 |
| | § | |
| AMAZON.COM SERVICES, LLC | § | |
| | § | |
| Respondent. | § | |

## CLAIMANT'S SPECIFICATIONS OF CLAIMS

**COMES NOW** Claimant, TAMMY WILLIAMS, and states that on August 11, 2023 Claimant served on Defendant its Initial Disclosures in which it specified her claims as follows:

On or about April2, 2021, Claimant was an employee of Respondent Amazon.com Services, LLC at its DFW 61ocation in Coppell, Texas. Claimant was injured in the course and scope of her employment when a bundle of boxes fell on her head/neck when another employee of Respondent was restocking boxes above her, and in the process knocked off a 30-40 pound bundle of flat cardboard boxes that fell on Plaintiff's head. Respondent is a non-subscriber to the Texas Workers Compensation Act.

Respondent was negligent in failing to provide claimant with a reasonably safe place to work and failing to have policies and procedures in place to protect employees from being injured in this manner. Such negligence was a proximate cause of injuries and damages to claimant in the past and future in the form of medical costs. lost wages and earnings capacity. physical impairment, pain and suffering.

Claimant states that this event occurred because of the careless and negligent acts of the Respondent and that such negligence was the proximate cause of the injuries and damages sustained by Ms. Williams.

The Claimant says that this event occurred because of the careless and negligent acts of the Respondent and that such negligence was the proximate cause of the injuries and damages sustained by Ms. Contreras.

## CAUSES OF ACTION: NEGLIGENCE

Respondent, Amazon.Com, had a duty to exercise the degree of care that a reasonably careful employer would use to avoid harm to its employees under circumstances similar to those described herein.

Claimant's injuries were proximately caused by Respondent's negligent, careless, and reckless disregard of said duty. The negligent, careless, and reckless disregard of duty of Respondent consisted of, but is not limited to, the following acts and omissions:

A. In that Respondent failed to properly inspect and maintain the warehouse area in question to discover the dangerous condition;

B. In that Respondent failed to give adequate and understandable warnings to Plaintiff of the unsafe condition of the warehouse area;

C. In that Respondent's fellow employee failed to warn Plaintiff that she was in the process of attempting to move/restock cardboard boxes from the shelving above Claimant's head, such that Claimant would be aware that heavy materials were being moved in her general vicinity;

D. In that Respondent's fellow employee failed to take such precautions as necessary to ensure that nothing fell from the shelves above Claimant while the fellow employee attempting to move a bundle of cardboard boxes;

E. In that Respondent's fellow employee failed to shout out a warning to Claimant when the bundle of cardboard boxes was knocked off the high shelf;

F. In that Respondent Amazon.Com Services, LLC failed to have a safety protocol in place such that employees were not allowed to move or remove heavy objects from shelving in close enough proximity to other employees that an incident like the one in question could occur; and,

G. In that Respondent Amazon.Com Services, LLC failed to have and/or implement safety protocols prohibiting employee's or employee's workstations from being located in the zone of danger which exists beneath shelving where heavy cardboard boxes were stored; and

H. Other acts of negligence.

NEGLIGENCE – NON-SUBSCRIBING EMPLOYER

On the day of the incident in question, Respondent, Amazon.Com was a non-subscriber as that term is used under the Texas Workers' Compensation Act, in that said Respondent did not carry a policy of worker's compensation insurance on the Claimant, and yet hired her and made use of her services as an employee. On the day of the incident, and at the time it occurred, Claimant was working in the capacity of an employee of Respondent. Under the provisions of §406.033, Texas Labor Code, Respondent is barred from asserting a defense based on contributory negligence, assumption of the risks, or negligence of your fellow employee..

*Respectfully submitted,*

*/s/ Kern Lewis*

**Kern A. Lewis**
Texas State Bar No.: 12295320
klewis@galyen.com

**BAILEY & GALYEN**
1300 Summit Ave., Ste. 650
Fort Worth, Texas 76102
Telephone: (817) 267-6000
Facsimile: (817) 276-6010

**ATTORNEYS FOR CLAIMANT**

**CERTIFICATE OF SERVICE**

I certify that on this the 30th day of August 2023, a true and correct copy of the above and foregoing instrument was served upon counsel for Respondent, pursuant to the American Arbitration Association Rules & Procedures with reference to the substantive laws of Texas, as follows:

**Via Email:**
Tammy S. Wood
twood@bellnunnally.com
Mason G. Jones
mjones@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
**ATTORNEY FOR RESPONDENT**

*/s/ Kern Lewis*
Kern A. Lewis

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**The American Arbitration Association**
**Management Conference Guide**

Case Name: Tammy Williams V. Amazon.com Services LLC Case Number: 01-23-0000-4956

Date: April 6, 2023 Time: 10:00AM

Arbitrator: Randall Duke

Administrator: Leah Brown

**We provide this worksheet only as a guide. The Parties or the Arbitrator may not require that all items be incorporated into the schedule, nor are they precluded from adding items or amending them as they deem appropriate.**

1. **Hearing on the Merits:**

The parties and the Arbitrator should consider scheduling all necessary hearing dates at this time.

Date(s): May 7-8, 2024 Time: 9 a.m.

Location: How Frels & Duke, P.C.: 1808 S. Good Latimer Expy., Suite 216, Dallas, TX 75226

Approximate number of attendees at the hearing: TBD

The AAA can provide videoconferencing services through Zoom. If the parties and arbitrator agree to use the Zoom service, we would be happy to schedule and set up a test meeting(s) in advance to make sure all are comfortable using the technology. To find out more about Zoom's functionality, because it is a commercial product, professionally produced tutorials/written instructions can be found on its website at https://support.zoom.us/hc/en-us/articles/206618765-Zoom-Video-Tutorials.

2. **Pre-Hearing Mediation Attempt:**

Mediation Completed By: April 16, 2024

In order to preserve the schedule, your arbitrator should calendar a date by when the parties can attempt pre-hearing mediation.

The parties may contact the AAA if they are in agreement to explore the option of mediation at any point in time. Your case manager can help locate and schedule a mediator for your case.

3. **Specification of Claims and Counterclaims:**

Claims: Deadline to Specify: August 29, 2023 Response: October 6, 2023

Counterclaims: Deadline to Specify: October 6, 2023 Response: October 30, 2023

4. **Date for Identification and Exchange of Witnesses:**

Claimant: January 8, 2024 Respondent: February 7, 2024

5. **Exchange of Documents/Discovery:**

**The parties may agree to utilize the** AAA Discovery Protocols.

Discovery Requests Due By: February 7, 2024

Discovery Responses Due By: March 8, 2024

Depositions Completed By: March 8, 2024

Discovery Completed By: April 5, 2024

**Discovery Disputes:**

In the event the parties encounter any issues related to discovery, the standard procedure for resolving such disputes shall be: ______

6. **Stipulations of Uncontested Facts (If Any):**

Date: April 5, 2024

7. **Advanced Exchange of Identification of Exhibits:**

Date: April 5, 2024

Number of Copies to be made and brought to the hearing: ______

Each proposed exhibit shall be pre-marked for identification and sufficient copies brought to the hearing for the arbitrator(s). It is suggested that the parties attempt to create a joint exhibit notebook. Please be advised that the AAA does not need a copy of the parties' exhibits.

**OPTION:** The parties and arbitrator(s) agree to utilize the WebFile Hearing Exhibits space for transmission of hearing exhibits in lieu of exchanging hard or electronic copies of the exhibits.

8. **Communication:**

~~**OPTION 1 (All Communications to AAA for Transmittal to Arbitrator(s))**~~
~~Any and all documents to be filed with or submitted to the Arbitrator(s) outside the hearing shall be provided to the AAA for transmittal to the Arbitrator(s). Copies of said documents shall also be sent to the opposing party(s). There shall be no direct oral or written communication between the parties and the Arbitrator(s), except at oral hearings.~~

**OPTION 2 (Direct Exchange)**
The parties agree to participate in Direct Exchange. Provided there is no ex parte communication with the Arbitrator(s), the parties may communicate directly with the Arbitrator(s) by submitting documents to the Arbitrator(s) and also sending copies to the other party(s) and to the AAA (except for hearing exhibits and discovery documents). Email submission of documents and email requests for action by the Arbitrator(s) are allowed, provided that the AAA and all parties also receive copies. There shall be no direct oral or written communication between the parties and the Arbitrator(s) except as contemplated by this Order. Any communication to the Arbitrator(s) shall be copied to the AAA.

9. **Cybersecurity/Privacy:**

Having reviewed the *AAA-ICDR Best Practices Guide for Maintaining Cybersecurity and Privacy* and discussing what specific precautions might be required with regard to cybersecurity, privacy, and data protection in order to ensure an appropriate level of security for this case, the following measures shall be implemented:

The Parties refer to the Protective Order, and agree to utilize the practices addressed above as needed.

10. **Court Reporter:**

Pursuant to the rules, any party desiring a stenographic record shall make arrangements directly with a stenographer and shall notify the other party(s) and the AAA of these arrangements at least **three days in advance of the hearing**. The requesting party or parties shall pay the cost of the record. If the transcripts agreed by the parties, or determined by the arbitrator to be the official record of the proceeding, it must be provided to the arbitrator and made available to the other parties for inspection, at a date, time, and place determined by the arbitrator.

**TO BE DETERMINED**

Requested by: Claimant Respondent Both Parties

11. **Form of Award:**

*Pursuant to the rules, a reasoned opinion is required unless the parties agree otherwise. If a findings of fact and conclusion of law is required or requested, the parties may want to consider a deadline for the exchange of proposed awards between the parties and submission of proposed awards to the arbitrator.*

**12. Additional Management Conference Call:**

**NO**

Date: ______________________ Time: ______________________

**13. Other Issues Discussed:**

Pursuant to the discussion on April 6, 2023, between the Arbitrator and the Parties, the Final Award shall be due 30-days after the Arbitrator declares the final hearing concluded.

4/19/23
Randall Duke, Arbitrator

**BAILEY & GALYEN**

**BY:** ______________________
Kern A. Lewis
State Bar No. 12295320
klewis@galyen.com
1300 Summit Ave., Ste 650
Fort Worth, TX 76102
Tel: 817/778-9539
Fax: 817/276-6010

**ATTORNEY FOR CLAIMANT**

**BELL NUNNALLY & MARTIN LLP**

**BY:** /s/ Mason G. Jones
Tammy S. Wood
State Bar No. 00788713
twood@bellnunnally.com
Mason G. Jones
State Bar No. 24116586
mjones@bellnunnally.com
2323 Ross Ave., Suite 1900
Dallas, TX 75201
Tel: 214/740-1400
Fax: 214/740-1499

**ATTORNEYS FOR RESPONDENT**

# AmazonTXCare
# Employee Injury Benefit Plan

# SUMMARY PLAN DESCRIPTION

Updated and Effective as of
March 1, 2020

## TABLE OF CONTENTS


**INTRODUCTION ........ 1**

**IMPORTANT DEFINITIONS ........ 1**

**PARTICIPATION, REPORTING, CONDITIONS & REQUIREMENTS ........ 3**

**Q&A 1** Who is eligible? ........ 3
**Q&A 2** Do I need to enroll in the Plan? ........ 3
**Q&A 3** When does coverage cease? ........ 3
**Q&A 4** When & how do I report an accident or injury? ........ 3
**Q&A 5** Can I be subject to screenings? ........ 3
**Q&A 6** How do I receive treatment? ........ 4
**Q&A 7** What evaluations must I undergo? ........ 4
**Q&A 8** What requirements relate to return to work? ........ 4

**PLAN BENEFITS & EXCLUSIONS ........ 4**

**Q&A 9** What are the Plan benefits? ........ 4
**Q&A 10** Is there a limit on Plan benefits? ........ 4
**Q&A 11** Are there exclusions from benefits under the Plan? ........ 4
**Q&A 12** Can benefits under the Plan be forfeited? ........ 6
**Q&A 13** Does the Plan coordinate benefits? ........ 6
**Q&A 14** Does the Plan have subrogation and rights of recovery? ........ 7

**DISABILITY BENEFITS ........ 7**

**Q&A 15** When am I eligible for disability benefits under the Plan? ........ 7
**Q&A 16** What is the amount of disability benefits and how long do they continue? ........ 7
**Q&A 17** Will other income reduce disability benefits? ........ 8
**Q&A 18** When will disability benefits cease or be reduced? ........ 8

**MEDICAL EXPENSE BENEFITS ........ 9**

**Q&A 19** When am I eligible for medical expense benefits? ........ 9
**Q&A 20** What are covered charges under the Plan? ........ 9
**Q&A 21** What other limits and conditions apply to medical expense benefit payments? ........ 10
**Q&A 22** When do medical expense benefits cease? ........ 11

**AD&D BENEFITS ........ 11**

**Q&A 23** When am I eligible for AD&D benefits under the Plan? ........ 11
**Q&A 24** Are there limits on AD&D benefits? ........ 12

**CLAIMS PROCEDURES ........ 12**

**Q&A 25** What is a Claim and how do I file a claim? ........ 12
**Q&A 26** What if my Claim is denied? ........ 13
**Q&A 27** What is the timeframe for a determination of Claims? ........ 13
**Q&A 28** What type of notice of denial will I receive? ........ 15
**Q&A 29** May I appeal the denial? ........ 16
**Q&A 30** What is the timing of the benefit determination on review? ........ 17

**Q&A 31** What is the notification of benefit determination on review? ........ 18
**Q&A 32** Must I exhaust the Claims and Appeals procedures? ........ 19
**Q&A 33** What is my responsibility in keeping the Plan informed? ........ 19

**MISCELLANEOUS INFORMATION ........ 19**

**Q&A 34** How is the Plan funded? ........ 19
**Q&A 35** Who administers the Plan? ........ 20
**Q&A 36** Can the Plan be amended or terminated? ........ 20
**Q&A 37** Does the Plan modify my employment with my Employer? ........ 20
**Q&A 38** Are Plan benefits transferable or assignable? ........ 20
**Q&A 39** What laws govern the Plan? ........ 20
**Q&A 40** Do I have any rights and protections under ERISA? ........ 20

**APPENDIX A - GENERAL PLAN INFORMATION** ........ 22

# INTRODUCTION

This is the Summary Plan Description ("SPD") of the AmazonTXCare Employee Injury Benefit Plan ("Plan") sponsored and maintained by Amazon.com Services, Inc. ("Amazon"). The Plan is an occupational accident welfare plan subject to ERISA and established to provide benefits to eligible employees of Amazon or any of its subsidiaries or affiliates that participate in the Plan (collectively referred to as the "Employer") who are injured in a work-related incident while performing their job. The Plan is the exclusive remedy for work-related injuries and provides disability and related medical expense benefits and accidental death and dismemberment benefits to participants or their beneficiaries. Amazon has engaged the party listed on Appendix A to act as third-party administrator to handle the day to day administration of the Plan and to review and decide Claims ("Claims Administrator"). Any dispute arising from a workplace injury, other than a Claim for benefits under the Plan, is covered by the Mutual Agreement to Arbitrate.

This SPD briefly describes the benefits available to you under the Plan and describes the procedures to be followed in the event you are injured in a work-related accident. The official terms are set forth in the Plan document, as it may be modified from time to time. The Plan document is available for your inspection and review from **[insert link/reference to where employees can obtain official plan document]**. In the case of any conflict between the terms and provisions of the Plan and the terms and provisions of this SPD, the Plan will control and govern.

Although Amazon currently intends to continue the benefits described in this SPD, Amazon reserves the right to amend, reduce or terminate these benefits at any time and for any reason. Amazon (and its delegates, including certain employees of Amazon) is the Plan Administrator and has specific authority to interpret the Plan provisions, to establish administrative rules and to amend the Plan. Any amendments or termination of the Plan will be made in accordance with the procedures specified in the governing documents. Amendment or termination of coverage may happen at any time. In no event will you become entitled to any vested rights under the Plan.

# IMPORTANT DEFINITIONS

The Plan contains important definitions that you should familiarize yourself with. Most of these terms are defined below and will be used throughout the SPD, but some terms are defined in those sections of the SPD to which they relate. Defined terms will be capitalized.

**"ACCIDENT"** means an injury to a participant which: (1) was unforeseen and unexpected; (2) occurred at a specifically identifiable time and place; (3) occurred by chance, unexpectedly, and/or not in the usual course of events; (4) was caused by an external factor associated with participant's work or with the workplace, (5) resulted directly in Injury to the participant; (6) occurred in the course and scope of the covered participant's assigned duties and employment with the Employer; (7) occurred during the pendency of the Plan; and (8) for which medical treatment with an Approved Provider under the Plan (not AmCare or other similar arrangements) was initiated within 30 days of the Injury producing event. Accident does not include Occupational Disease or Cumulative Trauma, except under the limited circumstances identified below. Accident does not include injuries or ordinary diseases of life to which the general public is exposed outside the participant's assigned duties in his or her Scope of Employment.

**"APPROVED PROVIDER"** means an authorized health care provider approved by the Plan Administrator who is acting within the scope of his or her license or credentials (as applicable) and

rendering care or treatment to a participant for his or her Injury that is appropriate for the conditions and locality. It does not include a participant or a member of the participant's immediate family or household.

**"CUMULATIVE TRAUMA"** means damage to the physical structure of the participant's body occurring as a result of repetitious, physically traumatic activities that occur in the Scope of Employment with the Employer and independent of all other causes. Cumulative Trauma does not include an Accident or Occupational Disease.

**"ELIGIBLE WAGES"** for hourly employees include base hourly rate of pay at the time of the Accident, including overtime pay, sign on bonuses and commissions (for commission eligible hourly employees). Eligible wages for salary employees includes base salary, commissions and sign on bonus. Eligible wages are calculated using an average amount of compensation over the 8 weeks prior to the Accident. Discretionary bonuses and/or other "extra" compensation are NOT included in eligible wages for disability benefit calculation purposes.

**"INJURY"** means identifiable damage or harm to the physical structure of the body that is incurred solely as the result of a covered Occurrence or Accident. The term does not include: 1) any mental trauma, emotional distress or similar injury; or 2) a heart attack, stroke, aneurysm or seizure. The Injury must be caused solely by an Accident or Occurrence. All injuries sustained by one participant in any one Accident, including all related conditions and recurrent symptoms of these injuries, are considered a single Injury.

**"OCCUPATIONAL DISEASE"** means a disease that is caused solely from the performance of the participant's regular duties of his or her job and causes damage or harm to the physical structure of the body. It does not include ordinary diseases to which the general public is exposed outside the participant's regular duties of his or her job. It does not include an Injury resulting from an Accident or Cumulative Trauma. For purposes of this Plan, the date of an Occupational Disease is deemed to be the date on which the participant was last exposed to the disease producing agent or agents in his or her occupational environment. All Occupational Diseases suffered by any one participant due to exposure to the same or related disease producing agent or agents present in his or her occupational environment within his or her Scope of Employment are deemed to be a single Occupational Disease.

**"OCCURRENCE"** means an Accident or series of Accidents arising out of one event causing Injury to one or more Participants, or an Occupational Disease or Cumulative Trauma causing Injury to one or more Participants.

**"SCOPE OF EMPLOYMENT"** means an activity of any kind or character that involves or has to do with and originates in the work, business, trade or profession of the Employer and that is performed by the employee while engaged in or about the furtherance of the affairs or business of the Employer. Travel between Employer's locations for business purposes is included in the Scope of Employment. Scope of Employment does not include deviations from regular employment. Scope of Employment includes only an activity in which an employee engages in the carrying out of the Employer's business which is reasonably foreseeable by the Employer. Scope of Employment does not include an employee's transportation to and from the employee's residence and the employee's workplace. The employee's reporting to work and leaving work are in the Scope of Employment as long as that employee is on the Employer's premises. Scope of Employment does not include Accidents occurring off the Employer's premises, such as sidewalks and parking lots, unless Employer maintains and is responsible for keeping in good working order. Scope of Employment also includes commercial aircraft to and from places and events covered by this provision.

# PARTICIPATION, REPORTING, CONDITIONS & REQUIREMENTS

## Q&A 1 WHO IS ELIGIBLE?

If you are coded in a participating Employer's payroll system as a W-2 employee residing in the State of Texas and you are in "active service" you are automatically a participant in this Plan. Active service means you are actively at work performing all regular duties (or restricted or modified duty at the direction of your Employer) at your Employer's place of business or someplace the Employer requires you to be in the course of your Scope of Employment. Individuals classified as leased, staffing, payroll, or temporary agency employees, consultants, or independent contractors are not eligible.

## Q&A 2 DO I NEED TO ENROLL IN THE PLAN?

No. If you are an eligible employee you are automatically a participant in the Plan if you have a workplace accident or injury. No enrollment forms are necessary.

Every participant is eligible to receive benefits under this Plan. However, initial receipt and continuing receipt of benefits is contingent upon compliance with the terms and conditions of this Plan. A participant who fails to comply with the conditions and requirements herein shall not be entitled to receive or continue to receive benefits.

## Q&A 3 WHEN DOES COVERAGE CEASE?

Your participation in the Plan generally will terminate upon the earliest of the following to occur:

- You terminate employment;
- You cease to be an eligible employee because of a change in employment status; or
- The Plan terminates.

## Q&A 4 WHEN & HOW DO I REPORT AN ACCIDENT OR INJURY?

You must immediately report any Accident from a known cause or exposure to your manager or other person designated by the Plan Administrator, and in no instance later than 3 days following the date of injury. You must report every Accident, regardless of the nature or severity. You must provide a report on an approved form by no later than the end of the shift, except in instances of an emergency that prevents completion of this report in which case the report form must be provided as soon as practical. Failure to immediately report an Accident, Occupational Disease or Cumulative Trauma may result in denial of benefits. For purposes of this reporting requirement "Immediately" with regard to an Injury due to an Accident or for a known exposure to an Occupational Disease, means no later than the end of your scheduled shift during which the Occurrence took place. For an actual Injury due to Cumulative Trauma or Occupational Disease from an unknown exposure, verbal notice must be provided within the earliest of (i) 72 hours after being medically diagnosed or (ii) 7 days after the you should have known of the Injury.

## Q&A 5 CAN I BE SUBJECT TO SCREENINGS?

Yes. In the event of an Accident requiring medical care, you may be required to submit to a drug and alcohol screen at management's request. This screen will be performed if the circumstances of the Accident suggest that drug or alcohol use was a factor in the Accident or there is reasonable suspicion you are impaired. Whether the screen is performed is within management's sole discretion. This screen will be performed prior to the rendering of medical care unless it is impractical to do so. Failure to submit to a drug and alcohol screen upon request within 24 hours of reporting the Incident may result in a denial of benefits under this Plan.

### Q&A 6 How do I receive treatment?

You must seek initial medical treatment with an Approved Provider (not AmCare) within 30 days of an Accident or Occurrence. ***You are required to accept referral to an Approved Provider. If you choose to go to a physician of your choice without prior approval, the Plan will not be responsible for the expenses incurred by you in so doing.***

### Q&A 7 What evaluations must I undergo?

The Plan and/or Claims Administrator reserves the right to require that you undergo an initial and subsequent evaluation by an Approved Provider who will make the determination regarding return to work after an Accident or Occurrence. Additional medical opinions relating to any Injury may be required prior to benefits being paid or benefits being continued. You must attend scheduled appointments. If you miss one scheduled appointment, benefits may be suspended or terminated, at the Plan's discretion. If you miss a second scheduled appointment, benefits can be terminated at the Plan's discretion. Benefits will terminate if you go 60 or more consecutive days without treatment with an Approved Provider after initial treatment. If you fail to submit to an additional opinion upon request may result in denial of benefits under this Plan.

### Q&A 8 What requirements relate to return to work?

After initial treatment, the Approved Provider may instruct you not to return to work pending further treatment and until released at a later date. Upon being released to work or receiving a change in work status by an Approved Provider, you must report that change of work status immediately to your manager. You must report to work when directed by their manager.

If, after treatment, the Approved Provider releases you to return to work, whether at full capacity, part-time, or light duty, and you fail to return to work (or a work alternative offered by your Employer) when directed by your manager, all salary and medical benefits will immediately cease. In the case of light duty, if your Employer does not have suitable light duty available, then benefits will not cease.

## PLAN BENEFITS & EXCLUSIONS

### Q&A 9 What are the Plan benefits?

The Plan applies to Accidents, Cumulative Trauma and Occupational Disease sustained by participants during the Scope of Employment. Plan benefits consist of (i) disability benefits for periods of disability described in Q&As 15-18, (ii) medical expense benefits for Covered Charges by an Approved Provider described in Q&As 19-23, and (iii) applicable accidental death and dismemberment (AD&D) benefits described in Q&A 24-25.

### Q&A 10 Is there a limit on Plan benefits?

Yes. The combined benefit amount per participant of all possible benefits (disability, medical expense and AD&D) under this Plan shall not exceed $250,000 per Occurrence. The combined benefit amount per Occurrence of all possible benefits (disability, medical expense and AD&D) for any Occurrence payable because of an Accident, Occupational Disease and or Cumulative Trauma, regardless of the number of participants, shall not exceed $750,000.

### Q&A 11 Are there exclusions from benefits under the Plan?

Yes. The following are excluded from benefits under the Plan. No benefits will be paid for any loss resulting in whole or in part from, or contributed to by, or as a natural and probable consequence of any of the following:

- Any Claim that is not timely reported in accordance with Q&A 4 above.

- Repetitive motion and Cumulative Trauma Injuries unless you have worked in the job position which caused the Injury for at least 180 days.
- Pre-existing conditions unless there is evidence that the Accident or Occurrence caused a new injury (i.e. a medically diagnosed change in the physical structure of the body caused by the Accident). A pre-existing condition will not be covered under the Plan if you received treatment for the condition within the last 6 months prior to the date of the Accident or Occurrence or the condition has been previously diagnosed or there is no evidence of a new injury.
- Accident, Occupational Disease or Cumulative Trauma occurring while you have in your blood or urine any amount of alcohol, illegal drug, or a chemical substance that is obtained or consumed in violation of the U.S. Controlled Substances Act, or if you have in your blood or urine any prescription medication where that medication, amount of medication, or the manner of use of that medication has been prohibited by the Employer's Alcohol and Drug Policy.
- Hearing loss unless it falls under the definition of an Accident or is diagnosed by an Approved Provider as resulting solely from your job with the Employer.
- All statutory or common law causes of action as well as any liability arising out of employment relationships.
- Any workers' compensation law, unemployment compensation law, disabilities benefits law or other similar law.
- An intentionally self-inflicted Injury, Occupational Disease or Cumulative Trauma caused or intentionally aggravated by you.
- Participation in: (i) an assault or a felony, except an assault committed in defense of the Employer's business or property; (ii) any act of terrorism; (iii) any illegal act; (iv) service in the military of any country or any civilian non-combatant unit serving with such forces; or (iv) horseplay.
- Directly or indirectly, contributed by, caused by, resulting from, or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss: (i) war, invasion, terrorism, acts of foreign enemies, hostilities, or warlike operations (whether war be declared or not), civil war, mutiny, revolution, rebellion, insurrection, uprising, military or usurped power, confiscation by order of any public authority or government de jure or de facto, martial law, or; (ii) riots, strikes, or civil commotion; or (iii) an act of God.
- Accident, Occupational Disease or Cumulative Trauma to you while employed in violation of law, including but not limited to working without a valid H-1B visa or after such visa has expired, or working as an undocumented immigrant.
- The following exposure related items: (i) asbestos, asbestos fibers or asbestos products; (ii) lead or lead based products; (iii) the hazardous properties, including radioactive, toxic or explosive properties, of nuclear materials; (iv) mold; or (v) any and all medical conditions that are associated with silica related conditions, this is to include exposure to any all material, which also is known as silica dust, exposures to respirable crystalline silica, exposure to silicosis, exposure to mold, exposure to materials that may cause lung cancer, pulmonary tuberculosis, and airway diseases, autoimmune disorders, chronic renal disease, or other health conditions that are associated with exposure to silica based materials.
- Charges for: (a) biofeedback and other forms of self-care or self-help training or any related diagnostic testing; (b) hypnosis, acupuncture, chiropractic treatment or chiropractic therapy; (c) the purchase, rental or repair of environmental control devises, including but not limited to, air conditioners, humidifiers or air purifiers.
- Participation in any recreational, social or athletic activity not constituting part of your Scope of Employment, whether or not such participation occurs on the Employer's premises or during normal business hours.
- Stress, anxiety, depression, insomnia, or other similar emotional and mental disorders, even if associated with an Injury.
- A heart attack, aneurism, stroke, or seizure.

- Hernia, unless such hernia is an inguinal or umbilical hernia that: (a) appeared suddenly and immediately following the Accident; (b) did not exist in any degree prior to the Accident; and (c) is accompanied by pain.

## Q&A 12 CAN BENEFITS UNDER THE PLAN BE FORFEITED?

Yes. Your entitlement to benefits, however provided for, under this Plan may be forfeited, suspended, or discontinued if you fail to comply with or satisfy any of the requirements or provisions of this Plan. For example, you shall not be entitled to the benefits under this Plan if:

- The Accident or alleged Accident is not an Accident covered by the Plan, is determined to be intentional or feigned; or is determined to be an attempt to defraud the Employer;
- The Accident is not timely reported within three (3) days to your manager or designee;
- You utilize a health care provider for an Injury other than an Approved Provider;
- You fail to follow the treatment and advice prescribed by the Approved Provider;
- You do not obtain treatment within 30 days of an on-the-job Injury or Accident or 90 consecutive days elapses between treatments with an Approved Provider;
- You refuse or fail to obtain a second opinion prior to surgery, if requested to do so;
- You fail to report to your manager for work immediately upon being released in whole or in part by the Approved Provider to return to work;
- It is determined that you have any amount of illegal drugs or alcohol in your system at the time of the Accident;
- It is determined that the Accident was caused by horseplay, scuffling, fighting, altercation, or other inappropriate behavior;
- It is determined the Injury is the resulted from an intentional or willful act by you;
- The Accident arises from a non-covered pre-existing condition;
- You become employed by another employer while receiving benefits under the Plan;
- You resign employment or are terminated from employment with Company as a result of gross misconduct or a Company policy violation;
- You fail to provide a complete statement, affidavit, or deposition upon request concerning the incident that you believe resulted in an Injury;
- You were untruthful regarding any aspect of the required information supplied as part of the employment process including, without limitation, information as to physical or mental abilities to perform the job;
- You refuse to submit to drug and alcohol testing; or
- You have an unrelated/intervening, personal medical condition that occurs while you are treating under Benefit Plan, your benefits will be suspended until you are released from care for the unrelated medical condition.

## Q&A 13 DOES THE PLAN COORDINATE BENEFITS?

Yes. If you are covered under one or more other plans including, but not limited to, automobile or health insurance or coverage (excluding the Employer group health program), the benefits under this Plan incurred in a calendar year shall be reduced by the amount of any benefits payable by such other plan so that the total benefits payable with respect to any one Injury or Accident will not exceed 100% of the expenses incurred. The Claims Administrator will determine which plan is the primary plan that will pay its benefits first according to the following rules:

- When only one of the plans has a coordination of benefits provision, then the plan without such a provision will be primary.

- If both plans have such a provision, the plan under which the Participant is covered as an employee will be the primary plan.
- If both of the foregoing rules do not establish which plan is the primary plan, then the plan that has covered the person for the longer period of time will be the primary plan.

### Q&A 14 DOES THE PLAN HAVE SUBROGATION AND RIGHTS OF RECOVERY?

Yes. You may incur medical or other charges related to an Accident or Occurrence caused by the act or omission of another person; or another party may be liable or legally responsible for payment of charges incurred in connection with the Accident or Occurrence. If so, you may have a Claim against that other person or another party for payment of the medical expenses or other charges. In that event, the Plan will be subrogated to all rights you may have against that other person or another party and will be entitled to reimbursement. In addition, the Plan shall have the first lien against any recovery to the extent of benefits paid or to be paid and expenses incurred by the Plan in enforcing this provision. The Plan's first lien supersedes any right that you may have to be "made whole." In other words, the Plan is entitled to the right of first reimbursement out of any recovery you procure or may be entitled to procure regardless of whether you have received compensation for any of his damages or expenses, including any of your attorneys' fees or costs. Additionally, the Plan's right of first reimbursement will not be reduced for any reason, including attorneys' fees, costs, comparative negligence, limits or collectability or responsibility, or otherwise. ***As a condition to receiving benefits under the Plan, you agree that acceptance of benefits is constructive notice of this provision and you agree to comply with the Claims Administrators procedures related to subrogation and rights of recovery, including, but not limited to entering into a subrogation and reimbursement agreement.***

## DISABILITY BENEFITS

### Q&A 15 WHEN AM I ELIGIBLE FOR DISABILITY BENEFITS UNDER THE PLAN?

You are eligible for disability benefits if you are disabled from performing your usual work for your Employer by an Accident, Occupational Disease and/or Cumulative Trauma. You are considered disabled if you are not able to perform any of the material and substantial duties of your occupation, business, or employment which you held at the time of Injury due to an Accident while in the Scope of Employment. Your disability must commence within 90 days of the Accident or Occurrence and be diagnosed by an Approved Provider. You must provide the Claims Administrator satisfactory proof of disability and of being under the continuous care of an Approved Provider. The Plan may require you to submit proof of continued disability as often as the Plan or Claims Administrator, in its sole discretion, considers necessary and reasonable. ***Failure to submit the required proof may cause the Plan to suspend benefits until such proof is received.***

### Q&A 16 WHAT IS THE AMOUNT OF DISABILITY BENEFITS AND HOW LONG DO THEY CONTINUE?

If the conditions of the Plan are met, the Plan will pay up to 156 weeks of disability benefit payments beginning immediately after the Occurrence of Accident, calculated based on 85% of your Eligible Wages. Disability benefits payments are payable on your regularly scheduled pay period.

The amount of disability benefits counts toward the $250,000 combined benefit amount per participant of all possible benefits (disability, medical expense and AD&D) per Occurrence as well as the $750,000 combined benefit amount per Occurrence of all possible benefits (disability, medical expense and AD&D) for any Occurrence regardless of the number of participants.

## Q&A 17 WILL OTHER INCOME REDUCE DISABILITY BENEFITS?

Yes. Disability benefits payments will be reduced by **"Other Income Benefits"** which include amounts which you or your dependents receive (or are assumed to receive) under:

- Any Workers' Compensation, occupational disease, unemployment compensation law or similar state or federal law, including all permanent as well as temporary disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted. If paid as a lump sum, these benefits will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over a five-year period. If no specific allocation of a lump sum is made, then the total sum will be an Other Income Benefit.
- Any Social Security or retirement benefits you receive or any third party receives (or is assumed to receive) on your behalf or for your dependents; or, if applicable, that your dependents receive (or are assumed to receive) because of your entitlement to such benefits.
- Any proceeds payable under any employer group health or welfare plan, group insurance or similar plan. If there is other coverage or insurance that applies to the same Claim for benefits under this Plan, and contains the same or similar provision for reduction because of other coverage or insurance, this Plan will pay its pro rata share of the total Claim. "Pro rata share" means the proportion of the total benefit under this Plan that the amount payable without other benefits, coverage or insurance, bears to the total benefits under all such sources.

## Q&A 18 WHEN WILL DISABILITY BENEFITS CEASE OR BE REDUCED?

Yes. Disability benefits are subject to the following limitations:

- If you go 60 or more consecutive days without treatment with an Approved Provider, disability benefits will cease.
- If you return to your regular work with your Employer, disability benefits will cease.
- If you die, disability benefit will cease.
- If you leave employment for a reason other than inability to work solely because of the Injury or your Employer not having suitable light duty, disability benefits will cease.
- If you are released from care by an Approved Provider or you refuse to participate in any medically recommended rehabilitation program or if the disability is treatable by medical care that is reasonable and of a form that an ordinary prudent person in the same or similar circumstances would undergo and you have not availed yourself of the treatment, disability benefits will cease.
- If you are released to return to work without restriction or to Maximum Rehabilitative Capacity by an Approved Provider, but you do not return to work for any reason, disability benefits shall cease; **"Maximum Rehabilitative Capacity"** means the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.
- If you remain disabled from working full time, but are able to return to work on a part-time basis or earn less than your pre-Injury wage, you will be deemed partially disabled and the disability benefit will be reduced by the amount of your earnings during the period of partial disability.
- If the Participant is placed on light duty and Company cannot accommodate the Approved Provider's restrictions for that Participant, then Participant will receive Disability Benefits until either (a) Company can accommodate the Participant's restrictions (b) Participant is placed on full duty or (3) Participants receives the maximum 156 weeks of Disability Benefits.
- If Company can accommodate Participant's light duty restrictions and the Participant refuses to return to work, Disability Benefits will cease. This provision does not affect the Participant's Medical Expense Benefits.

Note: Any requests for a leave of absence or for accommodations relating to light duty or work restrictions should be directed to the Amazon Risk or Human Resources departments (for light duty requests) or Leave of Absence and Accommodations team (for leave requests).

In no event will the Plan provide coverage for successive periods of disability, resulting from entirely different and unrelated causes, unless such periods of disability are separated by at least one full day during which you are not disabled. Furthermore, the Plan will not provide coverage for successive periods of disability resulting from the same or related Accidents, unless such periods of disability are separated by at least 6 months during which you are not disabled.

## MEDICAL EXPENSE BENEFITS

### Q&A 19 When am I eligible for medical expense benefits?

If you incur medically necessary expenses which constitute Covered Charges under the Plan as a direct result (and from no other cause) of an Injury due to an Accident, Cumulative Trauma and/or Occupational Disease, your medical expenses will be paid by the Plan. Only Covered Charges that are a direct result of an Injury and incurred within 156 weeks of the date of the Injury are covered under the Plan. The first Covered Charges that are caused by the Accident or Occurrence must occur within 30 days from the date reported or 30 days from the last visit/treatment at AmCare.

The medical care and treatment must be ordered and rendered by an Approved Provider. In addition, the medical care or treatment must be deemed Medically Necessary by the Claims Administrator. In no event will the Plan pay a charge which is more than the Usual and Customary charge for the service, the supplies or the equipment which are needed for such care and treatment. Additionally, the Covered Charges must be incurred as a result of an Injury, Occupational Disease, or Cumulative Trauma occurring after the Plan's effective date. See Q&A 20 below for definitions of Covered Charge, Medically Necessary and Usual and Customary.

### Q&A 20 What are covered charges under the Plan?

**"Covered Charges"** are those Medically Necessary treatments, services and supplies that are prescribed by an Approved Provider and incurred by you within 156 weeks of the date of the Injury and subject to the $250,000 combined benefit amount per participant and $750,000 combined benefit amount per Occurrence. A Covered Charge is deemed to have been incurred on the date the Medically Necessary treatment was rendered, a service given or a supply delivered. Pre-approved expenses for mileage, transportation, food and lodging will be included as Covered Charges. The determination of whether a treatment, service or supply is a Covered Charge will be made by the Claims Administrator in its discretion.

**"Medically Necessary"** means that a service, procedure, medicine, prescription drug, or supply is necessary and appropriate for the diagnosis or treatment of an Injury based on generally accepted current medical practice. A service, medicine or supply will not be considered Medically Necessary if it: (i) is provided only as a convenience to you or a provider; or (ii) is not appropriate treatment for your diagnosis or symptoms; or (iii) exceeds, in scope, duration or intensity, that level of care which is needed to provide safe, adequate and appropriate diagnosis or treatment. The fact that a physician or health care provider may prescribe, order, recommend, or approve a service or supply does not make the service or supply Medically Necessary. The determination of whether a service, procedure, medicine, prescription drug, or supply is Medically Necessary will be made by the Claims Administrator in its discretion.

**"Usual and Customary"** means the usual charge made by a physician or other licensed health care provider acting within the scope of his or her license of treatment, services, procedures, supplies, medicine or prescription drugs that does not exceed the general level of charges made by other physicians or Approved

Providers rendering or furnishing such care or treatment within the same geographic area. The determination of whether the charge for a treatment, service, procedure, medicine, prescription drug, or supply is Usual and Customary shall be made by the Claims Administrator in its discretion.

**Mileage Reimbursement**. A Participant shall be reimbursed for mileage incurred while seeking care with an Approved Provider, subject to and applicable only if Approved Provider/Medical Facility (a) is not reasonably available within 30 miles from where the Participant lives; and (b) the distance traveled to secure medical treatment is greater than 30 miles one-way. Claims Administrator has authority to determine initial point of travel and Approved Provider designation. Reimbursement rate is based on the travel rate for State employees on the date travel occurred. Participant is responsible for submitting any/all request for reimbursement to Claims Administrator.

***No medical expense benefits will be paid for any expenses incurred that are in excess of Usual and Customary, are not Medically Necessary or any expenses that are eligible for payment or reimbursement under any other medical expense plan or policy, as determined by the Claims Administrator in its discretion.***

## Q&A 21 WHAT OTHER LIMITS AND CONDITIONS APPLY TO MEDICAL EXPENSE BENEFIT PAYMENTS?

Eligible Covered Charges are subject to the $250,000 combined benefit amount per participant and $750,000 combined benefit amount per Occurrence.

The Plan imposes certain pre-certification requirements which require you or an Approved Provider to obtain authorization from the Claims Administrator prior to incurring Covered Charges due to hospital admission (other than an admission of emergency care) physical therapy, MRI, CAT Scan, sonogram, or other such testing. Pre-certification requirements are designed to ensure that hospital admissions and lengths of stay, surgery and other medical services are Medically Necessary by having the Claims Administrator refer your file to a qualified Approved Provider to determine Medical Necessity. Your physician must request pre-certification at least 3 days prior to a non-emergency admission or treatment. If admission or treatment is for emergency care, notice to the Claims Administrator must be given: (i) within 24 hours after the Occurrence or Accident occurs; or (ii) on the first business day after admission or treatment on a weekend or legal holiday; or (iii) the earliest possible time thereafter.

The Claims Administrator may consult with the Approved Physician, hospital, or other facility to determine if the hospital stay or treatment is required for the Injury. If the Claims Administrator decides that the treatment you require could be provided just as effectively through a less expensive treatment plan, you will be notified of the decision. If you proceed with the treatment plan without asking for pre-certification or being given a pre-certification notice, your medical expense benefit will be denied entirely.

## Q&A 22 AM I ENTITLED TO CONTINUING MEDICAL EXPENSE BENEFITS IF MY SEASONAL OR TEMPORARY ASSIGNMENT ENDS?

Yes. Medical Expense Benefits for Temporary/Seasonal Associates will continue after their assignment ends with Company subject to the provisions cited in this Plan that relate to medical treatment. Disability Benefits cease on the date the Temporary/Seasonal Associate's assignment with Company ends. All Benefits terminate if a Temporary/Seasonal Associates resigns or is terminated from employment the Company as a result of gross misconduct or a Company policy violation.

### Q&A 23 When do medical expense benefits cease?

Medical expense benefits shall cease upon the earliest of:

- The date Maximum Rehabilitative Capacity is achieved, i.e. the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.
- If the Participant goes 60 or more consecutive day without treatment from an Approved Provider after initial treatment.
- 156 weeks from the date of the Occurrence or Accident.
- The date the $250,000 combined benefit amount per participant or the $750,000 combined benefit amount per Occurrence is reached (see Q&A 10 above).
- Any other limitation or terminating event in this Plan.
- You leave employment (1) for some reason other than your Employer not having suitable light duty or (2) solely because of inability to work because of your Injury.
- Benefits can be terminated based on the results of a second opinion from an Approved Provider or Independent Medical Exam ("IME").
- Medical Benefits cease immediately if Participant seeks treatment from a non-Approved Provider while receiving treatment from an Approved Provider.

## AD&D BENEFITS

### Q&A 24 When am I eligible for AD&D benefits under the Plan?

You are eligible for accidental death and dismemberment (AD&D) benefits if as the result of an Accident you suffer any of the losses below within 365 days of the Occurrence or Accident. AD&D benefits are the lesser of 10 times your annualized Eligible Wages or the percentage of $250,000 shown in the table below for that loss. If multiple losses occur, only one benefit amount (the largest) will be paid.

| Loss | Benefit Amount |
|---|---|
| Life | 100% |
| Quadriplegia | 100% |
| Two or more Members | 100% |
| One Member | 50% |
| Hemiplegia | 50% |
| Paraplegia | 50% |
| Loss of Hearing or Speech | 50% |
| Thumb and Index Finger of the Same Hand | 25% |
| Four Fingers of the Same Hand | 25% |
| Single Finger or Toe | 10% |

**"Quadriplegia"** means total Paralysis of both upper and lower limbs. **"Hemiplegia"** means total Paralysis of the upper and lower limbs on one side of the body. **"Paraplegia"** means total Paralysis of both lower limbs or both upper limbs. **"Paralysis"** means total loss of use. An Approved Provider must determine the loss of use to be complete and not reversible at the time the Claim is submitted. The loss of use must commence within 365 days of the date of the Accident or Occurrence and continue without interruption for a period of not less than 365 consecutive days. The loss of use must be total and irrevocable and beyond remedy by surgical or other means.

**"Member"** means Loss of Hand or Foot, Loss of Sight, Loss of Speech, and Loss of Hearing. **"Loss of Hand or Foot"** means complete Severance through or above the wrist or ankle joint. **"Loss of Sight"**

means the total, permanent Loss of Sight of one eye. **"Loss of Speech"** means total and permanent loss of audible communication that is irrecoverable by natural, surgical or artificial means. **"Loss of Hearing"** means total and permanent Loss of Hearing in both ears that is irrecoverable and cannot be corrected by any means. **"Loss of a Thumb and Index Finger of the Same Hand"** or **"Loss of Four Fingers of the Same Hand"** means complete Severance through or above the metacarpophalangeal joints of the same hand (the joints between the fingers and the hand). **"Severance"** means the complete and permanent separation and dismemberment of the part from the body.

20% of the AD&D benefit amount will be paid in an initial lump sum and the remaining benefit amount will be paid out over the course of 36 months.

### Q&A 25 Are there limits on AD&D benefits?

Yes. AD&D benefits are subject to the $250,000 combined benefit amount per participant or the $750,000 combined benefit amount per Occurrence is reached and any other limitation or exclusion contained in the Plan.

## CLAIMS PROCEDURES

### Q&A 26 What is a Claim and how do I file a claim?

A **"Claim"** is any request for a benefit made by you (a participant) or beneficiary or by an authorized representative of you or a beneficiary that complies with the Plan procedures for making a benefit claim with the Claims Administrator. An **"Urgent Care Claim"** means a Claim for medical care or treatment that, if not received, (i) could seriously jeopardize the life or health of the participant or the ability of the participant to regain maximum function; or (ii) in the opinion of an Approved Provider with knowledge of the participant's medical condition, would subject the participant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. If an Approved Provider with knowledge of the participant's medical condition deems the medical care or treatment urgent, then the claim is an Urgent Care Claim. This does not include routine medical care that takes place at an urgent care clinic.

You must file a Claim with the Claims Administrator who will make a Benefit Determination in accordance with the claims procedures that comply with ERISA. A **"Benefit Determination"** means a determination by the Claims Administrator on a Claim for benefits under the Plan, whether or not an Adverse Benefit Determination. A participant or beneficiary or duly authorized representative (referred to as a **"claimant"**) must follow the procedures of the Claims Administrator, including, without limitation, requirements related to time frames for providing notice of an Accident or Occurrence, time frames for filing Claims or appeals, use of specific forms, protocols, and other procedures. If the Claims Administrator denies a Claim in whole or in part, the claimant will receive a written notification setting forth the reasons for the denial and describing rights, including a right to appeal the denial. A claimant must appeal the denial within certain timeframes. The Plan Administrator or its designee will decide the appeal in accordance with its reasonable claims procedures, as required by ERISA, and provide the claimant written notification of its decision. The decisions of the Plan Administrator or its designee on appeal are final and binding.

The Plan will be deemed to have received a Claim for benefits if a claimant submits a written communication, except in the case of an Urgent Care Claim, in which case the Claim may be communicated orally, reasonably calculated to bring a request for a Claim to the attention of the Claims Administrator. If the Claims Administrator provides a form, such form must be used and no other written communication will be considered a Claim.

## Q&A 27 What if my Claim is denied?

An **"Adverse Benefit Determination"** means any of the following: (i) a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for a benefit under the Plan, including any such denial, reduction, termination, or failure to provide or make payment that is based on a determination of eligibility to participate in the Plan; (ii) a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit under the Plan, resulting from the application of Pre-Certification procedures or other utilization review procedures; and (iii) a failure to cover an item or service for which benefits under the Plan are otherwise provided because it is determined to be experimental and/or investigational or not Medically Necessary or because another exclusion applies under the Plan.

If your Claim is denied you will receive a notice of the denial within certain time frames. The deadline for providing the notice of a Claims denial depends on the type of Claim being denied and the reason the Claim is being denied, as set forth below.

1. If the Claim is being denied because the claimant did not follow the Plan's procedure for submitting the Claim, the Claims Administrator must notify the claimant of the correct procedure within five days after the Claim is received. Exception for Urgent Care: If the Claim is for urgent care, the notification must be given within 24 hours after the Claim is received.

2. If the Claim is being denied because the claimant followed Plan procedures but did not submit sufficient information for the Claims Administrator to determine whether the Claim is covered or payable by the Plan, the Claims Administrator shall notify the claimant of the additional information needed within five days after receipt of the Claim, and the claimant shall be given 45 days after the date the notice is received to provide the missing information. The Claims Administrator shall then review the additional information and notify the claimant within 15 days after the additional information is received of the Plan's determination with regard to the Claim. If no additional information is received during the 45-day response period, the Claims Administrator shall send a notice of the Claim's denial within 15 days after the end of the 45-day period. Exception for Urgent Care: If the Claim is for urgent care, the Claims Administrator shall notify the claimant of the additional information needed within 24 hours after the Claim is received, and the claimant shall be given 48 hours to provide the missing information. The Claims Administrator shall then review the additional information and notify the claimant within 48 hours after the additional information is received of the Plan's determination with regard to the Claim. If no additional information is received during the 48-hour response period, the Claims Administrator shall provide a notice of denial of the claim within 48 hours after the end of the response period.

3. If the claimant has followed Plan procedures and has submitted sufficient information for a determination to be made, but the Claims Administrator has determined that the Claim is to be denied, then the deadline for the Claims Administrator to provide the notice of denial is 90 calendar days after the receipt of the Claim (45 days for disability claims). Exception for Urgent Care Claims: If the Claim being denied is an Urgent Care Claim, then the deadline for providing the notice of denial is 72 hours after receipt of the Claim.

Notice given in writing shall either be sent by first class mail or by hand delivery. Notice may only be given electronically (that is, by email) if the Claims Administrator ensures that using email complies with ERISA's requirements applicable to electronic communication.

## Q&A 28 What is the timeframe for a determination of Claims?

1. <u>Concurrent Care Decisions</u>. In the case of a Claim review of a treatment or course of treatment before the end of a prescribed period of time or which is in addition to other treatments, if that

review results in an Adverse Benefit Determination, the Claims Administrator shall notify the claimant of the Adverse Benefit Determination at a time sufficiently in advance of the reduction or termination to allow the claimant to appeal and obtain a Benefit Determination on Review of that Adverse Benefit Determination before the benefit is reduced or terminated.

In the event of a concurrent care decision which is a request by a claimant to extend the course of treatment beyond the period of time or number of treatments and is an Urgent Care Claim, such concurrent care decision shall be decided as soon as possible, taking into account the medical exigencies. The Claims Administrator shall notify the claimant of the Benefit Determination, whether or not adverse, within twenty-four (24) hours after receipt of the Claim by the Plan, provided that any such Claim is made to the Plan at least twenty-four (24) hours prior to the expiration of the prescribed period of time or number of treatments. Notification of any Adverse Benefit Determination concerning a request to extend the course of treatment, whether or not involving an Urgent Care Claim, shall be made in accordance with this Plan.

2. Other Medical Care Claims. In the case of a medical care Claim that is neither an Urgent Care Claim nor a Claim involving a concurrent care decision, the Claims Administrator shall notify the claimant of the Plan's Benefit Determination, as follows:

   a. Pre-service Claim. The Claims Administrator will render a Benefit Determination and provide notice to the claimant of such Benefit Determination (whether or not adverse) within a reasonable period of time appropriate to the medical circumstances, but not later than fifteen (15) days after receipt of the pre-service Claim by the Plan. This period may be extended one time by the Plan for up to fifteen (15) days, provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial fifteen (15) day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a claimant's failure to submit the information necessary to decide the Claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from the receipt of the notice within which to provide the specified information.

   In the event that the claimant fails to follow the Plan's procedures for filing a pre-service Claim, the claimant shall be notified of such failure and of the proper procedures to be followed in filing such a Claim. The notification shall be provided to the claimant as soon as possible, but not later than five (5) days following the failure. Notification may be oral, unless written notification is requested by the claimant. For the purposes of this section, a failure to follow the Plan's procedures for filing shall mean only such a failure that is (i) a communication by claimant that is received by a person or organizational unit customarily responsible for handling benefit matters under the Plan; and (ii) a communication that names a specific Participant, a specific medical condition or symptom, and a specific treatment, service, or product for which approval is requested.

   Notification of an Adverse Benefit Determination made hereunder shall be made in accordance with this Plan

   b. Post-service Claim. The Claims Administrator shall render a Benefit Determination and provide written notice to the claimant of any such Adverse Benefit Determination within a reasonable period of time, but not later than thirty (30) days after receipt of the post-service Claim. This period may be extended one time by the Plan for up to fifteen (15) days,

provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial thirty (30) day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a failure of the claimant to submit the information necessary to decide the post-service Claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from receipt of the notice within which to provide the specified information.

Notification of an Adverse Benefit Determination made hereunder shall be made in accordance with this Plan.

3. Disability Claims. If a disability Claim is submitted, the Claims Administrator will render a Benefit Determination and provide notice to the claimant of any Adverse Benefit Determination within a reasonable period of time, but not later than forty-five (45) days after receipt of the disability Claim (the **"Initial Period"**). The Initial Period may be extended by the Plan for up to thirty (30) days (the **"First Extension"**), provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan, and notifies the claimant, prior to the expiration of the Initial Period, of the circumstances requiring the First Extension and the date by which the Plan expects to render a decision.

   If, prior to the end of the First Extension, the Claims Administrator determines that, due to matters beyond the control of the Plan, a decision cannot be rendered within the First Extension, the period for making the determination may be extended for up to an additional thirty (30) days (the **"Second Extension"**), provided that the Claims Administrator notifies the claimant, prior to the expiration of the First Extension, of the circumstances requiring the Second Extension and the date as of which the Plan expects to render a decision.

   In the case of any extension under this section, the notice of extension shall specifically explain (i) the standards on which entitlement to a benefit is based, (ii) the unresolved issues that prevent a decision on the Claim, and (iii) the additional information needed to resolve those issues, and the claimant shall be afforded at least forty-five (45) days within which to provide the specified information.

   Notification of any Advérse Benefit Determination with respect to a disability Claim shall be made in accordance with this Plan.

## Q&A 29 WHAT TYPE OF NOTICE OF DENIAL WILL I RECEIVE?

Except as otherwise provided, the Claims Administrator shall provide a claimant with written or electronic notification of any Adverse Benefit Determination. Any electronic notification shall comply with the standards imposed by 29 CFR 2520.104b-1(c)(1)(i), (iii), and (iv), as amended. The notification shall set forth in a manner calculated to be understood by the claimant:

1. The specific reason or reasons for the Adverse Benefit Determination, including the nature of the injury/ condition, relevant facts, and rationale for the denial;

2. Reference to the specific Plan provisions upon which the determination is based;

3. A description of additional material or information necessary for the claimant to perfect the Claim and an explanation of why such material or information is necessary;

4. A description of the Plan's appeal procedures and time limits applicable to such procedures, including, in the case of an Urgent Care Claim, a description of the expedited review process applicable to such Claims, along with a statement of the right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on review;

5. In the case of an Adverse Benefit Determination regarding a disability Claim or a medical care Claim, if the Adverse Benefit Determination is based upon:

   a. An internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol, or other similar criterion, or a statement that such a rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination and that a copy of such rule, guideline, protocol, or other criterion will be provided free of charge to the claimant upon request; or

   b. A medical necessity or experimental and/or investigational treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Participant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the care of an Adverse Benefit Determination involving an Urgent Care Claim, the information described in above may be provided to the Participant orally, provided that a written or electronic notification is furnished to the claimant not later than three (3) days after the oral notification is provided.

## Q&A 30 MAY I APPEAL THE DENIAL?

Yes, you may appeal the denial of your Claim. If a claimant disagrees with an Adverse Benefit Determination the claimant shall file an appeal of an Adverse Benefit Determination to the Plan Administrator, or its designee, within one-hundred eighty (180) days following receipt of notification of an Adverse Benefit Determination. The claimant shall be provided a reasonable opportunity for full and fair review of an Adverse Benefit Determination, in accordance with the provisions of this Section.

1. General Review Procedures.

   a. Each claimant shall have the opportunity to submit written comments, documents, records, and other information relating to the Claim which is the subject of the appeal.

   b. Each claimant shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's Claim for benefits under the Plan.

   c. The appeal shall take into account all comments, documents, records, and other information submitted by the claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial Benefit Determination.

   d. Any new evidence considered at the appeal stage must be provided to the claimant, along with a notice to the claimant of his/her right to respond to the new information.

2. Disability Claims and Medical Care Claims Review Procedures. The following review procedures, in addition to those set forth herein shall apply to appeals of disability Claims and medical care Claims:

a. The appeal shall not afford deference to the initial Adverse Benefit Determination and shall be conducted by a decision maker who is neither the individual who made the initial Adverse Benefit Determination that is on appeal nor any subordinate of such decision maker.

b. In deciding an appeal of an Adverse Benefit Determination that is based in whole or in part on a medical judgment, the decision maker shall consult with a health care professional who has appropriate training and experience in the field of medicine involving the medical judgment.

c. All medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination on appeal shall be identified without regard to whether the advice was relied upon in making the Adverse Benefit Determination.

d. All health care professionals engaged for purposes of consultation shall be an individual who is neither an individual who was consulted in connection with the Adverse Benefit Determination that is on appeal, nor the subordinate of such individual.

In the case of an Urgent Care Claim, a request for an expedited appeal of an Adverse Benefit Determination may be submitted orally or in writing by the claimant, and all necessary information, including the Plan's Benefit Determination on review, shall be transmitted between the Plan and the claimant by telephone, facsimile, or other available similarly expeditious method.

### Q&A 31 WHAT IS THE TIMING OF THE BENEFIT DETERMINATION ON REVIEW?

1. Urgent Care Claim. In the case of an Urgent Care Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the appeal of an Adverse Benefit Determination by the Plan.

2. Pre-service Claims. In the case of a pre-service Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time appropriate to the medical circumstances. Such notification shall be provided not later than thirty (30) days after receipt by the Plan of the appeal of an Adverse Benefit Determination.

3. Post-service Claims. In the case of a post-service Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than sixty (60) days after receipt by the Plan of the appeal of an Adverse Benefit Determination.

4. Disability Claims. In the case of a disability Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than forty-five (45) days after receipt by the Plan of the appeal of an Adverse Benefit Determination, unless the Plan Administrator or its designee determines that special circumstances require an extension of time for processing the Claim. If the Plan Administrator or its designee determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial forty-five (45) day period. In no event shall such extension exceed a period of forty-five (45) days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the Benefit Determination on review.

5. Non-health Claims. In the case of a non-health Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than sixty (60) days after receipt by the Plan of the appeal of an Adverse Benefit Determination, unless the Plan Administrator or its designee determines that special circumstances require an extension of time for processing the Claim. If the Plan Administrator or its designee determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial sixty (60) day period. In no event shall such extension exceed a period of sixty (60) days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the Benefit Determination on review.

## Q&A 32 What is the Notification of Benefit Determination on Review?

The Plan Administrator or its designee shall provide a claimant with written or electronic notification of the Plan's Benefit Determination on review. Any electronic notification shall comply with the standards imposed by 29 CFR 2520.104b-1(c)(1)(i), (iii), and (iv), as amended. In the case of an Adverse Benefit Determination on review, the notification shall set forth in a manner calculated to be understood by the claimant:

1. The specific reason or reasons for the Adverse Benefit Determination on review;
   a. Reference to the specific Plan provisions upon which the Adverse Benefit Determination on review is based;
   b. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claim for benefits under the Plan.
2. A statement of the right to bring an action under Section 502(a) of ERISA;
3. In the case of an Adverse Benefit Determination on review regarding a disability Claim or a medical care Claim:
   a. If the Adverse Benefit Determination on review is based upon an internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol, or other similar criterion, or a statement that such rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination on review and that a copy of the rule, guideline, protocol, or other similar criterion will be provided, free of charge, to the claimant upon request; or
   b. If the Adverse Benefit Determination on review is based upon a Medical Necessity or experimental and/or investigational treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Participant's medical circumstances, or a statement that such explanation will be provided, free of charge, upon request.

A document, record, or other information shall be considered "relevant" to a claimant's Claim if such document, record, or other information:

1. was relied upon in making the Benefit Determination;

2. was submitted, considered, or generated in the course of making the Benefit Determination, without regard to whether such document, record, or other information was relied upon in making the Benefit Determination;

3. demonstrates compliance with any administrative processes and safeguards in making the Benefit Determination; or

4. in the case of a disability Claim or a medical care Claim, constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment option or benefit for the Participant's diagnosis, without regard to whether such advice or statement was relied upon in making the Benefit Determination.

### Q&A 33 Must I exhaust the Claims and Appeals procedures?

Yes. A participant or beneficiary must exhaust the claims procedures. No action at law or in equity may be brought to recover benefits under the Plan until all administrative remedies, including the full Claims and appeal procedures, have been exhausted. If a participant or beneficiary fails to file a timely Claim, or fails to request a review in accordance with the reasonable Claim procedures, such claimant shall have no right of review and shall have no right to bring any action in any court. The denial of the Claim shall become final and binding on all persons for all purposes. **A participant or beneficiary who has exhausted the Plan's Claims and Appeals procedures has the right to bring a civil action under Section 502(a) of ERISA provided the civil action is filed within 1 year after the final determination upon appeal under the Plan's Claims and Appeals procedures.**

### Q&A 34 What is my responsibility in keeping the Plan informed?

In addition to the duties to report Accidents, Occupational Disease and/or Cumulative Trauma, and comply with all of the requirements to receive benefits under the Plan, each participant or beneficiary shall be responsible for providing the Claims Administrator and/or the Employer with the participant's or beneficiary's current U.S. mailing address and electronic address. Any notices required or permitted to be given hereunder shall be deemed given if directed to such address furnished by the participant or beneficiary and mailed by regular United States mail or by electronic means as specified in 29 CFR 2520.104b-l of ERISA. The Claims Administrator, Plan Administrator, the Employer shall not have any obligation or duty to locate a participant or beneficiary. In the event that a participant or beneficiary becomes entitled to a payment under the Plan and such payment is delayed or cannot be made:

- Because the current address according to the Claims Administrator's records is incorrect;
- Because the participant or beneficiary fails to respond to the notice sent to the current address according to the Claims Administrator's records;
- Because of conflicting claims to such payments; or
- For any other reason,

The amount of such payment, if and when made, shall be determined under the provisions of the Plan without payment of any interest or earnings.

## MISCELLANEOUS INFORMATION

### Q&A 35 How is the Plan funded?

The benefits provided under the Plan are paid from the general assets of Amazon. Nothing in the Plan requires the Amazon, any Employer or the Plan Administrator to maintain any fund or to segregate any amount for the benefit of any participant and no participant or other person has any claim against, right to, or security or other interest in any fund, account or assets of Amazon.

### Q&A 36 Who administers the Plan?

The Administrator of the Plan is Amazon. Amazon has contracted with the Claims Administrator listed on General Plan Information Page (the last page of this document) for the administration of the Plan. The Plan Administrator is responsible for ongoing administration of the Plan, such as establishing eligibility, setting procedures, interpreting Plan provisions, amending the Plan, and developing and distributing notices, governmental filings, and communications. The Claims Administrator is responsible for reviewing claims and determining entitlement to benefits.

### Q&A 37 Can the Plan be amended or terminated?

While it is Amazon's intention to maintain the Plan indefinitely, Amazon has exclusive and discretionary authority to amend or terminate the Plan at any time. The Plan may be amended or terminated by a written instrument signed by a duly authorized representative of Amazon. Upon termination, the right of participants to benefits is limited to claims incurred up to the date of termination.

### Q&A 38 Does the Plan modify my employment with my Employer?

No. The adoption and maintenance of the Plan is not a contract of employment between the Employer and any employee or other individual. Nothing in the Plan document or this SPD gives any employee or other individual the right to be retained in the employ of the Employer or to interfere with the right of the Employer to discharge any employee (or terminate a relationship with any other individual) at any time, with or without cause, nor does the Plan give the right to the Employer to interfere with an employee's right to terminate his or her employment at any time.

### Q&A 39 Are Plan benefits transferable or assignable?

None of the payments, benefits, proceeds, claims or other rights afforded to any employee, participant or beneficiary under this Plan are subject to the any claim of any creditor, and, to the fullest extent permitted by law, shall be free from attachment, garnishment, trustees' process, or any other legal or equitable process available to any creditor. No employee, participant, or beneficiary shall have the right to alienate, anticipate, pledge, encumber, hypothecate, or assign any benefit, payment, proceed, claim, or other right, contingent or otherwise, which she or she may be entitled to expect to receive or assert under this Plan.

### Q&A 40 What laws govern the Plan?

The Plan shall be construed, administered and governed in all respects in accordance with the laws of the State of Texas to the extent not preempted by ERISA.

### Q&A 41 Do I have any rights and protections under ERISA?

You are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits (as applicable)**

1. Examine, without charge, at the Administrator's office, and at other specific locations, such as work sites, all plan documents and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the United States Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

2. Obtain, upon written request to the Administrator, copies of documents governing the operation of the plan, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Administrator may make reasonable charges for the copies.

3. Receive a summary of the plan's annual financial report. The Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Fiduciaries**
In addition to creating rights for plan participants and their beneficiaries, ERISA imposes obligations upon the persons who are responsible for the operation of the plan. The people who operate the plan, called fiduciaries of the plan, have a duty to do so prudently and in the interest of plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**Enforce Your Rights**
If a claim for benefits is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial all within certain time schedules.

Under ERISA, there are steps you can take to enforce your rights. For instance, if you request a copy of plan documents on the latest annual report from the Administrator and do not receive them in 30 days, you may file a suit in federal court. In such a case, the court may require the Administrator to provide the materials, and pay you up to $110 per day until you receive the materials, unless the materials are not sent because of reasons beyond the control of the Administrator. If a claim for benefits is denied or ignored in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the United States Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds the claim is frivolous.

**Assistance with Your Questions**
If you have questions about your plan, you should contact the Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# APPENDIX A
# GENERAL PLAN INFORMATION

| | |
|---|---|
| **Name of Plan:** | AmazonTXCare Employee Injury Benefit Plan |
| **Type of Plan:** | Welfare benefit plan |
| **Plan Sponsor:** | Amazon.com Services, Inc.<br>**410 Terry Ave. N, Seattle, WA 98109** |
| **Plan Administrator:** | Amazon.com Services, Inc.<br>**410 Terry Ave. N, Seattle, WA 98109** |
| **Plan Number:** | 502 |
| **Employer Tax ID#:** | 82-0544687 |
| **Plan Year:** | 12-month period commencing April 1 and ending March 31 |
| **Agent for Legal Process:** | Corporation Service Company<br>d/b/a/ CSC – Lawyers Incorporating Service<br>211 East 7th Street,<br>Suite 620<br>Austin, TX 78701-3218 |
| **Claims Administrator:** | Anchor Risk & Claims Management |
| **Effective Date:** | February 1, 2019; updated March 1, 2020 |
| **Source of Contributions:** | This Plan is funded entirely from the general assets of the Plan Sponsor |

## MUTUAL AGREEMENT TO ARBITRATE

1. **Effective Date and Acceptance Date.**

The effective date of this Mutual Agreement to Arbitrate Claims ("Agreement") is February 1, 2019. Company and Employee/ Claimant (as those terms are defined herein) mutually agree to resolve any Covered Claims which occur on or after the effective date according to the terms and conditions of this Agreement.

2. **Acts of Acceptance.**

Any one of the following actions shall constitute acceptance of the terms and conditions of this Agreement:

a. If Employee receives notice of this Agreement prior to commencing work at Company, Employee's commencement of work at Company shall constitute acceptance; or

b. If Employee receives notice of this Agreement after commencing work at Company, Employee's continuation of employment at Company constitutes acceptance if Employee continues to work for three (3) days after receipt of the notice; or

c. If Employee incurs an injury within the Course and Scope of Employment and has not previously accepted under subsection (a) or (b) above, notice of this Agreement may be provided to Claimant. If such notice is provided, Employee's subsequent receipt of any benefit payable under the Company's Employee Injury Benefit Plan shall constitute acceptance.

d. For an Employee who hauls goods, merchandise, and equipment interstate, in addition to coverage under this Agreement by virtue of continued employment after receiving notice of this Agreement, Employee's receipt of benefits under the AmazonTXCare Employee Injury Benefit Plan (the "Plan") forms the consideration for enforcement of this Agreement as to Employee.

3. **Definitions.**

a. "Company" includes Amazon.com Services, Inc. and any of its affiliates or associated entities, and all of their officers, directors, agents, franchisors, franchisees, successors, representatives, predecessors.

b. "Employee" means a person who is employed by Company and has a Covered Claim. "Claimant" shall mean an Employee or an Employee's spouse, children, parents, estate, successors and assigns.

c. "Course and Scope of Employment" means an activity of any kind or character that has to do with or originates in the work, business, trade, or profession of Company and that is performed by Employee while engaged in or about the furtherance of the affairs or business of Company. The term includes an activity conducted on the premises of Company or at other locations.

d. "Covered Claim" or "Covered Claims" means any and all claims included or described in Paragraph 6(a) of this Agreement.

4. **Federal Arbitration Act Applies.**

Company is engaged in "commerce" as that term is defined in Section 1 of the Federal Arbitration Act ("FAA"). The FAA governs all aspects of this Agreement, including conduct of the arbitration and all procedures following an arbitrator's award.

5. **Arbitration is Mandatory for Covered Claims.**

Covered Claims shall be exclusively resolved by binding arbitration. While Employee, Claimant, and Company retain all substantive legal rights and remedies under this Agreement, Employee, Claimant and Company are waiving all rights they may have with regard to trial, whether jury or non-jury, in state or federal court for any Covered Claim.

6. **Scope of Arbitration Agreement.**

a. **Claims Covered by This Agreement.**

(i) This Agreement is mutual, covering all claims that Company or Employee/ Claimant may have which arise from: any injury suffered by Employee while in the Course and Scope of Employee's employment with Company, including but not limited to, claims for negligence, gross negligence, and all claims for personal injuries, physical impairment, disfigurement, pain and suffering, mental anguish, wrongful death, survival actions, loss of consortium and/or services, medical and hospital expenses, expenses of transportation for medical treatment, expenses of drugs and medical appliances, emotional distress, exemplary or punitive damages and any other loss, detriment or claim of whatever kind and character

(ii) This Agreement covers all Claims and causes of action arising under the federal and state employment laws. This includes, but is not limited to, claims under Title VII of the Civil Rights Act, the Fair Labor Standards Act, the Texas Commission on Human Rights Act, the Americans with Disability Act, the Family and Medical Leave Act, the Age Discrimination in Employment Act, as well as all common law claims, including those for discrimination, retaliation, harassment, tortious interference and wrongful discharge.

(iii) Employee/ Claimant is also obligated to arbitrate any action against a current or former supervisor or other agent of Company in his or her individual capacity based upon any claim arising out of Employee's employment or termination from employment.

b. **Claims Not Covered by This Agreement.** This agreement does not apply to:

(i) Claims for benefits under the Company's Employee Injury Benefit Plan;

(ii) Workers' Compensation Benefits under the Texas Workers' Compensation Act or any other similar state or federal law;

(iii) Claims based upon Company's pension or benefit plan that contains an arbitration or other non-judicial resolution procedure, in which case the provisions of that plan shall apply;

(iv) Claims covered by a collective bargaining agreement, in which case the terms, conditions and procedures of that collective bargaining agreement shall control.

(v) Claims for Unemployment Compensation Benefits.

(vi) Claims under the National Labor Relations Act.

Nothing in this Agreement precludes the parties from agreeing to resolve claims that are otherwise not covered by this Agreement the same as if they were Covered Claims.

c. **Arbitrability of Particular Disputes**. Any question as to the arbitrability of any particular claim shall be arbitrated pursuant to the procedures set forth in this Agreement.

d. **Class Action Waiver.** By this Agreement, Employee/ Claimant waives the right to pursue any claim covered by this Agreement through a joint, collective or class action process in any forum, whether arbitral or judicial. As such, Employee/ Claimant can pursue any Covered Claim only in his/ her own capacity and behalf and not on the behalf of other Company employees.

7. **Procedure**.

a. **Who Shall Arbitrate**? All arbitrations under this Agreement shall be administered by the American Arbitration Association ("AAA) under its rules for the resolution of disputes. In the event that AAA is unable or unwilling to administer the arbitration, Judicial Arbitration and Mediation Services ("JAMS") shall administer the arbitration under its rules for the resolution of disputes. Or, the parties may utilize any arbitrator that is mutually agreeable to Employee and Company. For any arbitration under this Agreement, a single arbitrator shall be appointed. Company and Employee/ Claimant are to participate in the selection of a neutral arbitrator as follows: The parties shall be presented a panel with a minimum of three different arbitrators. Company and Employee/ Claimant may agree to the selection of one arbitrator from the panel. If agreement is not reached, Company and Employee/ Claimant shall have an equal number of strikes. The parties shall continue to strike arbitrators from the panel until one arbitrator remains. That person shall then arbitrate the claim. Any arbitrator must be neutral as to all parties. Standards for the recusal of an arbitrator shall be the same standards under which trial judges are recused under Texas law.

b. **Where Shall the Arbitration Take Place**? The arbitration shall take place within 25 miles of the location where Employee worked for Company at the time of the injury.

c. **Payment of Fees and Expenses**. Company shall be responsible for the fees of the arbitrator and the cost of a stenographic record of the arbitration hearing. Employee/ Claimant must pay the initial filing fee for the Arbitration.

d. **Discovery and Pre-Arbitration Motions**. All parties are entitled to pre-arbitration discovery under the Texas Rules of Civil Procedure. The same discovery devices and scope of discovery as set forth in those rules shall apply. All parties are entitled to file any motions, including dispositive motions, set forth in the Texas Rules of Civil Procedure.

e. **Remedies and Defenses**. All parties are entitled to allege any claim, obtain any remedy and assert any legal or equitable defense that the party could allege, obtain, or assert in a Texas state or federal court. With respect to any claim which allows for an award of attorneys' fees, the arbitrator must award attorney fees, if any, that bear a reasonable relationship to (1) the amount of the damages award and (2) the time, effort, and efficiency expended by the attorney in securing the damage award.

f. **Record**. A stenographic record may be taken of the arbitration hearing upon the request of either party or the arbitrator.

g. **Written Award**. Within a reasonable time after the conclusion of the arbitration hearing, the arbitrator shall issue an award and send a copy to all parties. Either party can appeal the award under the standards provided in the Federal Arbitration Act.

h. **Judgment**. Any party to an arbitration award may file the award in an appropriate Texas state court and move that a judgment be entered on the arbitration award.

i. **Confidentiality**. The parties agree that any settlement or arbitration of a Covered Claim shall be kept confidential except:

(i) Communications made, pleadings filed and materials submitted in connection with the entry or appeal of an award of the arbitrator;

(ii) Communications or reporting to the Internal Revenue Service;

(iii) If Employee or Company is compelled to testify by subpoena.

8. **Consideration**.

In addition to any other consideration that may exist for the agreement to arbitrate, Company's and Employee's/ Claimant's mutual promise to resolve claims and controversies by arbitration in accordance with the provisions of this Agreement constitutes consideration for this Agreement. Employee's continued employment with Company after receiving notice of the institution of the Agreement also constitutes consideration for this Agreement. Finally, this Agreement is presented in connection with Company's Employee Injury Benefit Plan. Payments made under that Plan also constitute consideration for this Agreement.

9. **Enforceability.**

If any provision of this Arbitration Program is adjudged to be invalid, illegal or unenforceable, in whole or in part, the balance of this Agreement shall remain in effect.

10. **Not an Employment Agreement.**

This Agreement is not, and shall not be construed to create, any contract of employment, express or implied, nor shall the Agreement be construed in any way to change the employment status of any Employee of Company from at-will status.

11. **Termination and Modification of Agreement.**

Company shall have the right to prospectively terminate and modify this Agreement. Termination or modification is not effective for Covered Claims which accrued or occurred prior to the date of the termination. Termination and modification are also not effective until ten (10) days after reasonable notice is given to Claimant.

12. **Term.**

This Agreement commences on the Acceptance Date and applies to all Covered Claims which occurred on or after the effective date.

This Agreement shall survive the employer-employee relationship between the Company and the Employee and shall apply to any Covered Claim whether it arises or is asserted during or after separation of the Employee's employment with the Company or the expiration of any benefit plan.

13. **Sole and Entire Agreement.**

This Program Agreement constitutes the parties' complete agreement and supersedes any prior agreement regarding arbitration of Covered Claims which occur during the Term of this Agreement.

14. **Applicability of This Agreement to Others.**

Employee and Company intend and expressly agree that any Covered Claim of Employee's spouse, children, parents, estate, successors and/or assigns that now exists or that may come into existence in the future which arises from, relates to, or is derivative of any Covered Claim, shall be resolved according to the terms and conditions of this Agreement.

Employee and Company intend and expressly agree that any Covered Claim of Company's officers, directors, agents, predecessors, successors, and affiliated companies that arises from, relates to, or is derivative of any Covered Claim of Company, shall be resolved according to the terms and conditions of this Agreement.

15. **Spanish Language Version.**

This Agreement has been translated into Spanish. In the event of any discrepancy or conflict between the English and Spanish versions of this Agreement, the terms of the English language version shall control.

**Si usted necesita el documento en espanol, consulte con recursos humanos.**

Si usted necesita el documento en espanol, consulte con recursos humanos.

# AMAZON[1]

## RECEIPT AND ACKNOWLEDGMENT OF SUMMARY PLAN DESCRIPTION AND MUTUAL AGREEMENT TO ARBITRATE

By my signature below, I acknowledge that I have received and read (or had the opportunity to read) the Summary Plan Description (the "SPD") for the AmazonTXCare Employee Injury Benefit Plan (the "Plan"), updated and effective March 1, 2020; and Mutual Agreement to Arbitrate, effective February 1, 2019.

**INJURY NOTICE AND MEDICAL PROVIDERS.** I understand and agree that if I am injured on the job, I must notify my manager or manager on duty immediately and in no instance later than 3 days following the date of the accident causing the injury; and I must receive any medical care from a Plan-approved physician ("Approved Provider") in order to receive benefits under the Plan.

I agree to perform my job according to Amazon safety rules. I also agree to immediately report to my manager any accident that involves another employee, a customer, a vendor, or me. I will also immediately report to my manager or the manager on duty any unsafe act, condition or equipment. I will also cooperate with any accident investigations, and actively participate in any safety training programs provided by Amazon.

**MUTUAL AGREEMENT TO ARBITRATE. I understand that certain disputes between me and Amazon will be referred to mandatory binding arbitration rather than to a judge or jury. My signature below acknowledges receipt of and agreement to the Mutual Agreement to Arbitrate.**

Employee Signature: [signature]

Date: Nov 7, 2020

Employee Name: Tammy Williams

5127709_1.docx

[1] Amazon shall refer to Amazon.com Services, Inc. and its affiliates that are participating employers in the Plan (as it may be amended) of the AmazonTXCare Employee Injury Benefit Plan.

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Williams Tammy J

**(b)** County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Self

**DEFENDANTS**

Amazon.com Services llc

County of Residence of First Listed Defendant ______
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

3-24CV-340-N

RECEIVED
FEB 13 2024
CK
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 171.021 and 171.025 Texas civil Practice & Remedies

Brief description of cause: Dismiss Arbitration Continue proceeding

**VII. REQUESTED IN COMPLAINT:**

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______