IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAMMY J. WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:24-cv-00340-N-BT |
| § | |
| AMAZON.COM SERVICES, LLC § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 13, 2024. (ECF No. 51). The District Judge has made a *de novo* review of the relevant portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 10th day of January, 2025.

_____
David C. Godbey
United States Chief District Judge